```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
       MAY 17 2006
   JOHN F. CORCORAN, CLERK
BY: /s/
       DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CRISTOBAL HERNANDEZ HERNANDEZ,** | ) ) | |
| Petitioner, | ) ) | Civil Action No. 7:06-cv-00293 |
| v. | ) ) | **FINAL ORDER** |
| **UNNAMED RESPONDENT,** | ) ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action, which the court construes as a petition for writ of habeas corpus, pursuant to 28 U.S.C. §2241, shall be and hereby is **DISMISSED** without prejudice for lack of jurisdiction and is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER: This 17th day of May, 2006.

/s/ James C. Turk
Senior United States District Judge