# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 1 7 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

CRISTOBAL HERNANDEZ )
HERNANDEZ, )
    Petitioner, )     Civil Action No. 7:06-cv-00293
     )
v. )     **FINAL ORDER**
     )
UNNAMED RESPONDENT, )     By: Hon. James C. Turk
    Respondent. )     Senior United States District Judge

In accordance with the written memorandum opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that this action, which the court construes as a petition for writ of habeas corpus, pursuant to 28 U.S.C. §2241, shall be and hereby is **DISMISSED** without prejudice for lack of jurisdiction and is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this final order and the accompanying memorandum opinion to the petitioner.

ENTER:    This 17th day of May, 2006.

_____
Senior United States District Judge